# YOUR BUSINESS IS PRE-APPROVED FOR UP TO $250,000

## BUSINESS FUNDING GROUP

## 888-677-2271

CNBC TIME FOX NEWS Forbes Google abc NEWS



## Limited Time OFFER

- No Credit / No Collateral Required
- 24 – 48 hour Approvals
- No Upfront Fees
- Funding in 3-5 business days
- 93% Approval Rating

**Minimum Qualifications:**

- ☒ **No Start Ups**
- ✓ **Minimum of $10,000 in Monthly Sales**
- ✓ **6 months or more in business**




For a FREE Consultation, Please Fill out the Form & Fax to (888) 846-0557

Company Name:________________________________

First & Last Name: ________________________________

Business Phone:________________ Cell Phone:________________

Approx. Gross Annual Sales $____________ Amount Requested $____________

Email Address: Best Time to Call

Signature:________________________________

I understand that this form is an inquiry and does not result in an instant approval. All Correspondence, including this fax, has my full and complete authorization.

To Unsubscribe, please fax your removal request to 516 -224-0099 or email REMOVE to FastCashforBiz@gmail.com
300 RexCorp Plaza Uniondale, NY 11556