# UNITED STATES DISTRICT COURT
for the
Southern District of Illinois

| | |
|---|---|
| Dr. Gerald H. Bemis, Sr., DC. | ) |
| *Plaintiff(s)* | ) |
| v. | ) Case Number: 15-cv-01365 |
| Merchant Advance Express, Inc., et al. | ) |
| *Defendant(s)* | ) |

## MOTION FOR PRO HAC VICE ADMISSION

Pursuant to Local Rule 83.1(b), the undersigned attorney moves for admission pro hac vice to the United States District Court for the Southern District of Illinois in order to appear as counsel of record in this case on behalf of Merchant Advance Express, Inc.

In support of this motion, I state:

1. I am an attorney licensed to practice law and a member in good standing in the State(s) of NJ,NY,Eastern District-NY,Southern District-NY . The state and federal bar numbers issued to me are: 14682008, 4673307, AS7546 .

2. I am familiar with the law, facts, and procedures relating to the subject matter of this litigation.

Accordingly, I ask to be admitted pro hac vice before this court.

Signed on: Jul 26, 2016
Date

Signature of Movant

Herrick, Feinstein LLP, 2 Park Avenue
Street Address

Adam Stein
Printed Name

New York, NY 10016
City, State, Zip